NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WALTER J. BERIONT,**
*Plaintiff-Appellant,*

**v.**

**GTE LABORATORIES, INC., GTE SERVICE CORPORATION, GTE COMMUNICATIONS CORPORATION AND ALFRED H. BELLOWS,**
*Defendants-Appellees.*

---

2014-1424

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:00-cv-11145-RGS, Judge Richard G. Stearns.

---

**ON MOTION**

---

**O R D E R**

Walter J. Beriont moves without opposition for an extension of time, until August 12, 2014, to file his opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

2                               BERIONT v. GTE LABORATORIES

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21